Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

        Plaintiff,

vs.

TEPI-NORTE MEX-CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ and DOES 1 THROUGH 10, Inclusive,

        Defendants.

SUMMONS IN A CIVIL ACTION

Case No **08 CV 0454 H LSP**

TO: (Name and Address of Defendant)

*CHRISTINA CHAVEZ*
*6490 Garber Avenue*
*San Diego, CA 92139*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.
CLERK

3/13/08
DATE

By ___C. PUTTMANN___ Deputy Clerk (SEAL)

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883        Ref. No.      : 0297922-02
                    Atty. File No. : 08 CV 0454 H LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08 CV 0454 H LSP |
| DEFENDANT | : TEPI-NORTE MEX-CITY, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : CHRISTINA CHAVEZ
   b. Person served   : Party in item 3a

4. Address where the party was served  6490 GARBER AVE.
   SAN DIEGO, CA 92139    (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 2, 2008   (2) at: 06:40 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $29.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 479
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 4, 2008

Signature: _____
RODRIGO LORA

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)                **PROOF OF SERVICE**