May 21 08 11:52p    Law Offices Of Pamela E    8584561566    p.2
05/21/2008 13:30    1    VANDEVELDESQ    PAGE 02

```
Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, CA  92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for KAREL SPIKES
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>TEPI-NORTE MEX CITY, et al., and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.: 08 CV 0454 H (LSP)<br><br>**JOINT MOTION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

   IT IS HEREBY agreed by and between Plaintiff, KAREL SPIKES (hereinafter referred to as "Plaintiff"), on the one hand, through his attorney of record, Amy B. Vandeveld, and Defendants FRANCISCO CHAVEZ and CHRISTINA CHAVEZ, through their attorney of record, Pamela E. Havird, on the other hand, as follows:

   1. Plaintiff was recently advised the business located at the subject property has changed ownership and was also recently advised of the name of the prior business owner. Defendants believe that participation in the instant action by the prior business owner is necessary to any settlement of this case. Plaintiff has requested, and Defendants have agreed, to allow

1  Plaintiff to amend the Complaint to include the prior business
2  owner.
3       **IT IS SO AGREED AND STIPULATED.**
4                              LAW OFFICES OF AMY B. VANDEVELD
5  DATED:
                                S/ AMY B. VANDEVELD, Esq.
6                               Attorney for Plaintiff
                                Email: abvusdc@hotmail.com
7
8                              LAW OFFICES OF PAMELA E. HAVIRD
9  DATED:                       _____
10                      By:    PAMELA E. HAVIRD, Esq.
                                Attorney for Defendants
11                              FRANCISCO CHAVEZ and CHRISTINA CHAVEZ

2

May 21 08 11:55p    Law Offices Of Pamela E    8584561566    P.1
05/21/2008 13:30    1    VANDEVELDESQ    PAGE 03

1 | Plaintiff to amend the Complaint to include the prior business
2 | owner.
3 |     **IT IS SO AGREED AND STIPULATED.**
4 |                       LAW OFFICES OF AMY B. VANDEVELD
5 | DATED: 5/22/08
6 |                       AMY B. VANDEVELD, Esq.
                         Attorney for Plaintiff
7 |
8 |
9 |                       LAW OFFICES OF PAMELA E. HAVIRD
10 | DATED: 5/21/08   By:
11 |                       PAMELA E. HAVIRD, Esq.
                         Attorney for Defendants
                         FRANCISCO CHAVEZ and CHRISTINA CHAVEZ
12 |
...
28 |