```
1  Amy B. Vandeveld, SBN 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue, Suite 22
   San Diego, CA  92101
3  Telephone: (619) 231-8883
   Facsimile: (619) 231-8329
4
   Attorney for KAREL SPIKES
5
```

FILED
08 MAY 22 PM 3:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>TEPI-NORTE MEX CITY, et al., and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.:: 08 CV 0454 H (LSP)<br><br>**ORDER ON JOINT MOTION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

**HAVING CONSIDERED** the Joint Motion of the Parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to file a First Amended Civil Complaint. Said Complaint shall be filed no later than 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: 5/22/08

_____
HONORABLE MARILYN L. HUFF,
U.S. DISTRICT COURT JUDGE