Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 MAY 23 PM 4:35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

        Plaintiff,

              vs

vs.

TEPI-NORTE MEX-CITY;
FRANCISCO CHAVEZ; CHRISTINA
CHAVEZ; ROBERTO BARNET dba
OLD COTIJAS  and DOES 1
THROUGH 10, Inclusive,

        Defendants.

**SUMMONS IN A CIVIL ACTION** _____ DEPUTY
on First Amended Complaint
Case No.

08 CV 0454 H (LSP)

TO: (Name and Address of Defendant)

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    **(619) 231-8883**

    An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**MAY 23 2008**

|  |  |
| --- | --- |
| W. Samuel Hamrick, Jr. |  |
| CLERK | DATE |
| K. HAMMERLY |  |
| By , Deputy Clerk |  |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)