Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

        Plaintiff,

vs.

TEPI-NORTE MEX-CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ and DOES 1 THROUGH 10, Inclusive,

        Defendants.

SUMMONS IN A CIVIL ACTION

Case No. **08 CV 0454 H LSP**

TO: (Name and Address of Defendant)

FRANCISCO CHAVEZ
6490 Garber Avenue
San Diego, CA 92139

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/13/08
DATE

By G. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883              Ref. No.       : 0297922-01
                          Atty. File No. : 08 CV 0454 H LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : KAREL SPIKES | Case No.: 08 CV 0454 H LSP |
| DEFENDANT | : TEPI-NORTE MEX-CITY, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served   :  FRANCISCO CHAVEZ
   b. Person served  :  CHRISTINE CHAVEZ, CO-TENANT
                        (COMPETENT MEMBER OF HOUSEHOLD)

4. Address where the party was served  6490 GARBER AVE.
                                       SAN DIEGO, CA 92139     (Residence)

5. I served the party
   b. **by substituted service.** On April 2, 2008 at 06:40 PM I left the documents listed in item 2
      with or in the presence of  CHRISTINE CHAVEZ, CO-TENANT,
                                  COMPETENT MEMBER OF HOUSEHOLD
   (2) **(home)**  a competent member of the household (at least 18 years of age) at the dwelling house or usual place
       of abode of the party. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:       FRANCISCO CHAVEZ
      under [xx] CCP 416.90  (authorized person)

7. **Person who served papers**
   a. RODRIGO LORA                                d. Fee for service: $55.25
   b. KNOX ATTORNEY SERVICE, INC.                 e. I am:
      2250 Fourth Avenue                             (3) a registered California process server
      San Diego, California 92101                    (i) an independent contractor
   c. 619-233-9700                                   (ii) Registration No.: 479
                                                    (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 4, 2008

Signature: _____
           RODRIGO LORA

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)              **PROOF OF SERVICE**

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883          Ref. No.      : 0297922-01
                      Atty. File No. : 08 CV 0454 H LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08 CV 0454 H LSP |
| DEFENDANT | : TEPI-NORTE MEX-CITY, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/31/08.  After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     FRANCISCO CHAVEZ

Residence  :    6490 GARBER AVE., SAN DIEGO  CA  92139

Attempts to effect service are as follows:

03/31/08 08:49P   Attempted service, no answer
04/01/08 07:32A   Attempted service, no answer
04/02/08 06:40P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  April 4, 2008

Signature: _____
              RODRIGO LORA

Jud. Coun. form, rule 982.9

**DECLARATION RE DILIGENCE**

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883

Ref. No.       : 0297922-01
Atty. File No. : 08 CV 0454 H LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : | KAREL SPIKES |
| DEFENDANT | : | TEPI-NORTE MEX-CITY; et. al. |

Case No.: 08 CV 0454 H LSP

**DECLARATION OF MAILING**

RE:   FRANCISCO CHAVEZ

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On April 3, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

FRANCISCO CHAVEZ

6490 GARBER AVE.
SAN DIEGO, CA  92139

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 3, 2008 at SAN DIEGO, California.

Signature: _____
LAURA BONDE

**DECLARATION OF MAILING**