**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>SPIKES</u>                               v.  <u>TEPI-NORTE</u>                        No. <u>08-0454-H(LSP)</u>

<u>HON. LEO S. PAPAS</u>       <u>CT. DEPUTY J. JARABEK</u>        <u>Rptr.</u>
                                    <u>Attorneys</u>
        <u>Plaintiffs</u>                                              <u>Defendants</u>

The Court is informed that the only defendants in this action who have been served at this time have settled with Plaintiff.

Therefore, the ENE set for June 20, 2008 at 9:00 AM is vacated.

DATED: June 13, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge