```
 1  Amy B. Vandeveld, SBN 137904
    LAW OFFICES OF AMY B. VANDEVELD
 2  1850 Fifth Avenue, Suite 22
    San Diego, California  92101
 3  Telephone:  (619) 231-8883
    Facsimile:  (619) 231-8329
 4  Attorney for Plaintiff
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA
10  KAREL SPIKES,                    Case No.: 08 CV 0454 H
                                     (LSP)
11        Plaintiff,
                                     REQUEST FOR ENTRY OF
12  TEPI NORTE MEX CITY; FRANCISCO   CLERK'S DEFAULT AGAINST
    CHAVEZ; CHRISTINA CHAVEZ; ROBERTO DEFENDANT ROBERTO
13  BARNET dba OLD COTIJAS and DOES 1 BARNET dba OLD COTIJAS
    THROUGH 10, Inclusive,
14
15        Defendants.
```

16    Plaintiff, KAREL SPIKES, respectfully requests that the

17 Clerk of the United States District Court, Southern District,

18 enter default against defendant ROBERTO BARNET dba OLD COTIJAS .

19    SPIKES filed the instant Complaint on March 18, 2008. Mr.

20 Manuse, Agent for ROBERTO BARNET dba OLD COTIJAS, was personally

21 served with the Complaint and Summons on May 30, 2008.  The Proof

22 of Service and Summons was filed with this Court on June 10, 2008

23 (A copy of the Summons and Declaration of Service filed with this

24 Court is attached to the accompanying Declaration of Amy B.

25 Vandeveld as Exhibit "A".)

26    Pursuant to F.R.Civ.P. Rule 12, ROBERTO BARNET dba OLD

27 COTIJAS  was required to respond to the Complaint within 20 days

28 of said service. ROBERTO BARNET dba OLD COTIJAS failed to file a

1  response within the 20 day period and, in fact, has never filed a
2  response to the instant Complaint.
3      Plaintiff was subjected to discrimination in the instant
4  action because of an inaccessible path of travel, inaccessible
5  seating and lack of accessible parking space, as well as lack of
6  signage for such space. Plaintiff seeks $4,000.00 per offense, as
7  well as damages for emotional distress and other injuries, as
8  authorized by California Civil Code Section 52.  Plaintiff also
9  seeks recovery of his attorneys' fees and costs, as provided by
10 California Civil Code Sections 51, et seq., and 54 et seq., and
11 by Title III of the Americans with Disabilities Act, 42 USC Sec.
12 12188.
13      Respectfully submitted:
14 DATED ___7/1___, 2008     LAW OFFICES OF AMY B. VANDEVELD

                            _____
                            AMY B. VANDEVELD,
                            Attorney for Plaintiff

Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile: (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>          Plaintiff,<br><br>vs.<br><br>TEPI NORTE MEX CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ; ROBERTO BARNET dba OLD COTIJAS and DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | Case No.: 08 CV 00454 H (LSP)<br><br>DECLARATION OF AMY B. VANDEVELD IN SUPPORT OF REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT AGAINST DEFENDANT ROBERTO BARNET dba OLD COTIJAS |

I, AMY B. VANDEVELD, declare:

1.   I am the attorney for Plaintiff, and am licensed and admitted to practice before all the courts of California, including the Southern District of United States District Court in California.

2.   I have personal knowledge of the facts set forth in this declaration and if called as a witness I could competently testify to the following facts.

3.   Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Return of Service of Defendant ROBERTO BARNET dba OLD COTIJAS.

I declare under penalty of perjury under the laws of the State of

1  California and the United States of America that the foregoing is true
2  and correct.
3       Executed this ___1st___ day of ___July___, 2008, at San
4  Diego, California.

                                    _____
                                    AMY B. VANDEVELD

Case 3:08-cv-00454-H-LSP   Document 17   Filed 07/01/2008   Page 5 of 9
Case 3:08-cv-004__-H-LSP   Document 14   Filed 06/__/2008   Page 1 of 4
Case 3:08-cv-004__-LSP   Document 11   Filed 05/__/2008   Page 1 of 1

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs.

TEPI-NORTE MEX-CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ; ROBERTO BARNET dba OLD COTIJAS and DOES 1 THROUGH 10, Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION on First Amended Complaint
Case No. 08 CV 0454 H (LSP)

FILED
2008 MAY 23 PM 4:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By  K. HAMMERLY , Deputy Clerk

MAY 23 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\P::DOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ.
LAW OFFICES OF AMY B. VANDEVELD
SAN DIEGO CA 92101
619-231-8883                              Ref. No.      : 0297932-01
Attorney for : KAREL SPIKES              Atty. File No. : 08CV0454H(LSP)

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08CV0454H(LSP) |
| DEFENDANT | : TEPI-NORTE MEX-CITY, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED CIVIL COMPLAINT; NOTICE AND ORDER FOR EARLY NEUTRAL EVAULATION CONFERENCE; ANSWER TO CIVIL COMPLAINT

3. a. Party served   :   ROBERTO BARNET dba OLD COTIJAS
   b. Person served  :   MR. MANUSE, MANAGER/PERSON IN CHARGE
                         (HISP/F/65YRS/5'8"/160LBS/BRN EYE/BLK HR)

4. Address where the party was served  4988 IMPERIAL AVE.
                                       SAN DIEGO, CA 92113   (Business)

5. I served the party
   b. **by substituted service.** On May 30, 2008 at 01:00 PM I left the documents listed in item 2
      with or in the presence of  MR. MANUSE, MANAGER/PERSON IN CHARGE,
                                  HISP/F/65YRS/5'8"/160LBS/BRN EYE/BLK HR
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    ROBERTO BARNET dba OLD COTIJAS
      under [xx] CCP 416.90   (authorized person)

7. **Person who served papers**
   a. RODRIGO LORA                              d. Fee for service: $53.75
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                            (3) a registered California process server
      San Diego, California 92101                   (i) an independent contractor
   c. 619-233-9700                                  (ii) Registration No.: 479
                                                    (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2008

                                              Signature: _____
                                                         RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)        PROOF OF SERVICE

AMY B. VANDEVELD, ESQ.
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for: KARIEL SPIKES

Ref. No.      : 0297932-01
Atty. File No. : 08CV0454H(LSP)

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08CV0454H(LSP) |
| DEFENDANT | : TEPI-NORTE MEX-CITY, et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 05/28/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    ROBERTO BARNET dba OLD COTIJAS

Business   :    4988 IMPERIAL AVE., SAN DIEGO CA 92113

Attempts to effect service are as follows:

05/28/08 04:10P  Attempted service at business; subject not in
05/29/08 07:52A  Attempted service at business; subject not in
05/30/08 01:00P  Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2008

Signature: _____
RODRIGO LORA

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883

Ref. No. : 0297932-01
Atty. File No. : 08CV0454H(LSP)

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08CV0454H(LSP) |
| DEFENDANT | : TEPI-NORTE MEX-CITY; et. al. | **DECLARATION OF MAILING** |

RE:   ROBERTO BARNET dba OLD COTIJAS

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On June 5, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; FIRST AMENDED CIVIL COMPLAINT; NOTICE AND ORDER FOR EARLY NEUTRAL EVAULATION CONFERENCE; ANSWER TO CIVIL COMPLAINT

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

ROBERTO BARNET dba OLD COTIJAS

4988 IMPERIAL AVENUE
SAN DIEGO, CA  92113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2008 at SAN DIEGO, California.

Signature: _____
LAURA BONDE

**DECLARATION OF MAILING**

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Spikes v. Tepi Norte Mex-City. et. al.**
   **USDC No.: 08 cv 0454 H (LSP)**

2. <u>Document(s) served</u>:
   **Request for Entry of Clerk's Default Against Defendant ROBERTO BARNET dba OLD COTIJAS; Declaration of Amy B. Vandeveld in Support of Request for Entry of Clerk's Default Against Defendant ROBERTO BARNET dba OLD COTIJAS**

3. <u>Person(s) served/Place of service</u>:
   **Pamela E. Havird, Esq.**
   **LAW OFFICES OF PAMELA E. HAVIRD**
   **P.O. Box 370342**
   **San Diego, CA 92137**
   **Facsimile: (858) 408-3323**
   **email: pehavird@scbglobal.net**
   **Counsel for Defendants FRANCISCO CHAVEZ and CHRISTINA CHAVEZ**

   **ROBERTO BARNET dba OLD COTIJAS**
   **4988 Imperial Avenue**
   **San Diego, CA 92113**
   **Defendant**

4. <u>Manner of Service</u>:

   ____ (a) <u>Personal Service:</u> By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ✓ (b) <u>Service by Mail:</u> I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   ____ (c) <u>Facsimile Transmission:</u> From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: _7/1/08_

By: _[signature]_
LAURIE MILLER

1