1 **LAW OFFICE OF AMY B. VANDEVELD**
1850 5TH AVENUE
2 SAN DIEGO, CA 92101
Phone: 619-231-8883
3
Attorney for Plaintiff, KAREL SPIKES
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

KAREL SPIKES                    ) Case No.: 08CV 0454 H LSP
11                              )
            Plaintiff,          ) PROOF OF SERVICE
12                              )
      vs.                       )
13                              )
TEPI-NORTE MEX-CITY, et al.     )
14                              )
            Defendant.          )
15 _____)

16

     I, DANIEL DOLEZAL, declare as follows,
17
     I am over the age of eighteen years and not a party to this
18
action. I am employed in the County of San Diego, California,
19
where the service occurred and my business address is 2250
20
Fourth Avenue, San Diego, CA 92101.
21
     I served the following documents:
22
     SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET
23
//
24
//
25
//

                    PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883
Attorney for : KAREL SPIKES

Ref. No.    : 0297937-01
Atty. File No.: 08CV0454HLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF     : KAREL SPIKES
DEFENDANT    : TEPI-NORTE MEX-CITY, et al.

Case No.: 08 CV 0454 H LSP
**PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3.    a. Party served   :   TEPI-NORTE MEX-CITY
                                 AUTHORIZED AGENT FOR SERVICE: BENJAMIN MARTINEZ
    b. Person served  :   BENJAMIN MARTINEZ
                                   (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served 1617 WOODVILLE AVENUE
                                           CHULA VISTA, CA  91913-1577   (Residence)

5.    I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party (1) on  July  3, 2008   (2) at: 03:35 PM

6.    The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:         TEPI-NORTE MEX-CITY
                                AUTHORIZED AGENT FOR SERVICE: BENJAMIN MARTINEZ
       under [xx] CCP 415.95  (business org., form unknown)

7.    **Person who served papers**
    a. DANIEL M. DOLEZAL
    b. KNOX ATTORNEY SERVICE, INC.
       2250 Fourth Avenue
       San Diego, California  92101
    c. 619-233-9700

    d. Fee for service: $51.75
    e. I am:
           (3) a registered California process server
              (i)   an employee
              (ii)  Registration No. 1376
              (iii) County:  San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008

Signature: _____
DANIEL M. DOLEZAL

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**