```
LAW OFFICE OF AMY B. VANDEVELD
1850 5TH AVENUE
SAN DIEGO, CA 92101
Phone: 619-231-8883

Attorney for Plaintiff, KAREL SPIKES
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | ) Case No.: 08CV 0454 H LSP |
| Plaintiff, | ) PROOF OF SERVICE |
| vs. | ) |
| TEPI-NORTE MEX-CITY, et al. | ) |
| Defendant. | ) |

I, DANIEL DOLEZAL, declare as follows,

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

//
//
//

PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : KAREL SPIKES

Ref. No.      : 0297937-01
Atty. File No.: 08CV0454HLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF      : KAREL SPIKES
DEFENDANT      : TEPI-NORTE MEX-CITY, et al.

Case No.: 08 CV 0454 H LSP

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL COVER SHEET

3. a. Party served     : TEPI-NORTE MEX-CITY
                         AUTHORIZED AGENT FOR SERVICE: BENJAMIN MARTINEZ
   b. Person served    : BENJAMIN MARTINEZ
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 1617 WOODVILLE AVENUE
                                      CHULA VISTA, CA 91913-1577 (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 3, 2008 (2) at: 03:35 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    TEPI-NORTE MEX-CITY
                       AUTHORIZED AGENT FOR SERVICE: BENJAMIN MARTINEZ
      under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. DANIEL M. DOLEZAL
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $51.75
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 1376
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008

Signature: _____
DANIEL M. DOLEZAL

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**