```
 1  Amy B. Vandeveld, SBN 137904
    LAW OFFICES OF AMY B. VANDEVELD
 2  1850 Fifth Avenue, Suite 22
    San Diego, California  92101
 3  Telephone:  (619) 231-8883
    Facsimile:  (619) 231-8329
 4
    Attorney for KAREL SPIKES
 5
 6
 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                     SOUTHERN DISTRICT OF CALIFORNIA
 9
10
11  KAREL SPIKES,                    )  Case No.: 08 CV 0454 H
                                     )  (LSP)
12           Plaintiff,              )
                                     )  JOINT MOTION FOR
13  vs.                              )  DISMISSAL AS TO
                                     )  DEFENDANTS FRANCISCO
14  TEPI-NORTE MEX CITY; FRANCISCO   )  CHAVEZ and CHRISTINA
    CHAVEZ; CHRISTINA CHAVEZ; ROBERTO)  CHAVEZ ONLY
15  BARNET dba OLD COTIJAS and DOES 1)
    THROUGH 10, Inclusive, and DOES 1)
16  THROUGH 10, Inclusive,           )  [F.R.Civ.P. Rule 41
                                     )  (a)(1), (2)]
17           Defendants.             )
                                     )
18
19       IT IS HEREBY STIPULATED by and between KAREL SPIKES,
20  Plaintiff, on the one hand, and FRANCISCO CHAVEZ and CHRISTINA
21  CHAVEZ, Defendants, on the other hand, (hereinafter "the
22  Parties") through their respective attorneys of record that said
23  Parties have agreed to resolve the case between them by way of
24  settlement.
25       The Parties further stipulate that Magistrate Judge Leo S.
26  Papas, or any other Magistrate Judge appointed by the Court,
27  shall retain jurisdiction over all disputes between the Parties
28  arising out of the Settlement Agreement including, but not
```

limited to, interpretation and enforcement of the terms of the Settlement Agreement.

The Parties further stipulate, pursuant to Federal Rules of Civil Procedure 41(a)(1,2), that this Court enter a dismissal of Plaintiff's Complaint in USDC Case No. 08 cv 0454 H (LSP) **AS TO DEFENDANTS FRANCISCO CHAVEZ and CHRISTINA CHAVEZ ONLY,** with prejudice. Plaintiff's claims against other named Defendants are reserved and are not dismissed. The Parties further stipulate that each shall bear its, his or her own costs and fees with respect to any claims they may have against each other in the instant action, except as otherwise set forth in the Settlement Agreement.

**IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: June 19, 2008

S/Amy B. Vandeveld
AMY B. VANDEVELD,
Attorney for Plaintiff
E-mail: abvusdc@hotmail.com

LAW OFFICES OF PAMELA E. HAVIRD

DATED: 7/14/08

By: PAMELA E. HAVIRD, ESQ.
Attorney for Defendants
FRANCISCO CHAVEZ and
CHRISTINA CHAVEZ