**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREL SPIKES,<br><br>        Plaintiff,<br> vs.<br><br>TEPI-NORTE MEX CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ; ROBERTO BARNET dba OLD COTIJAS and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO. 08-CV-0454 H (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS FRANCSICO CHAVEZ AND CHRISTINA CHAVEZ** |

  On July 16, 2008, plaintiff Karel Spikes and defendants Francisco Chavez and Christina Chavez filed a joint motion to dismiss plaintiff's complaint with prejudice as to Francisco Chavez and Christina Chavez. (Doc. No. 21.) The Court grants the joint motion for good cause shown and orders that Plaintiff's complaint against Francisco Chavez and Christina Chavez is dismissed with prejudice, each party to bear its own costs and fees.

  Since other named defendants remain, this dismissal does not close the case.

IT IS SO ORDERED.

DATED: July 18, 2008

                  *Marilyn L. Huff*
                  MARILYN L. HUFF, District Judge
                  UNITED STATES DISTRICT COURT