IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TEPI-NORTE MEX-CITY; FRANCISCO CHAVEZ; CHRISTINA CHAVEZ; ROBERTO BARNET dba OLD COTIJAS and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 08 CV 0454 H (LSP)<br><br>**ORDER ON NOTICE OF DISMISSAL AND DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

　　**IT IS HEREBY ORDERED,** that the Complaint in USDC Case No. 08 CV 0454 H (LSP) is hereby dismissed in its entirety without prejudice. The Parties shall each bear their own costs and fees.

　　**IT IS SO ORDERED.**

Dated: August 19, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF,
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1